JODY L. WINTER, #249592
LLOYD WINTER, P.C.
1724 Broadway Street, Suite 6
Fresno, CA  93721
Telephone:   (559) 233-3636
Facsimile:    (559) 385-2000
jwinter@lloydwinterlaw.com

Attorneys for defendant Colonial First Lending Group, Inc., a Utah corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA McMENEMY, an individual, and MICHAEL McMENEMY, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>COLONIAL FIRST LENDING GROUP, INC., a Utah corporation, COLONIAL FIRST BUSINESS DEVELOPMENT, LLC, a Utah limited liability company, DEVIN JONES, an individual, FLAGSHIP FINANCIAL GROUP, LLC, and DOES 1 through 10,<br><br>    Defendants. | CASE NO. 2:14-cv-1482 JAM AC<br><br>**ORDER DENYING MOTION FOR ISSUANCE OF NEW SUMMONS FOR SERVICE ON COLONIAL FIRST BUSINESS DEVELOPMENT, LLC**<br><br>Date:    August 20, 2014<br>Time:    9:30 a.m.<br>Crtrm:    6 |

The motion for issuance of a new summons for service on Colonial First Business Development, LLC came for hearing before this Court on August 20, 2014.

Defendant Colonial First Lending Group, Inc. opposed the motion on the grounds that the Colonial First Business Development, LLC entity no longer existed, and presented evidence substantiating that fact.  That evidence is well taken.

/ / / /

ORDER – DENY MOTION & DISMISS CFBD WITH PREJUDICE

**THREREFORE, GOOD CAUSE APPEARING**, this Court finds that:

1. the motion for issuance of a new Summons to Colonial First Business Development, LLC is denied in its entirety; and

2. Colonial First Business Development, LLC is dismissed, with prejudice.

Dated: 8/25/2014                                              **IT IS SO ORDERED.**


/s/ John A. Mendez_____
District Court Judge of the United States
District Court, Eastern District of
California, Sacramento Division