Michael Reynolds (#174534)
Ben T. Welch (PHV – Utah Bar #13397)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone:    714.427.7000
Facsimile:     714.427.7799


Attorneys for Defendant
Flagship Financial Group, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Diana McMenemy, an individual, and Michael McMenemy, an individual,<br><br>            Plaintiffs,<br><br>vs.<br><br>Colonial First Lending Group, Inc., a Utah corporation; Colonial First Business Development, LLC, a Utah limited liability company; Devin Jones, an individual, Flagship Financial Group, LLC, a _____, and DOES 1 through 10,<br><br>            Defendants. | CASE NO. 2:14-cv-001482-jam-ac<br><br>**Joint Stipulation to Modify Pre-Trial Scheduling Order & Order** |

COMES NOW Diana McMenemy and Michael McMenemy, by and through counsel, Defendant Flagship Financial Group, LLC, by and through counsel, and Defendant Devin Jones, pro se (collectively "the Parties")[1], and hereby jointly stipulate and move the Court to modify the Status (Pre-trial Scheduling) Order.

These modifications are requested due to unforeseen difficulties in locating third-party witnesses and documents, to accommodate the work schedule of Michael

---

[1] Defendant Colonial First Lending Group, Inc. was terminated from this action on or about August 26, 2014. Defendant Colonial First Business Development, LLC is not currently represented by counsel and is not actively participating in this litigation.

McMenemy, who obtained new employment in Arizona and was unavailable to participate in discovery for approximately one month, and to allow the Parties additional time to conduct further discovery based on documents and other information identified for the first time at Plaintiffs' depositions on July 30th and 31st.

Notwithstanding these difficulties and the requested extension, the parties are making good progress in discovery and do not anticipate any discovery-related motions at this time.

The requested modifications are as follows:

## DISCOVERY

All fact discovery shall be completed by October 30, 2015.

## MOTION HEARING SCHEDULES

All dispositive motions shall be filed on or before February 23, 2016. Hearing on such motions shall be on March 22, 2016, at 9:30 AM or at such other convenient time so designated by the Court.

## DISCLOSURE OF EXPERT WITNESSES

The Parties have already disclosed names and CVs of those experts anticipated to give testimony in this case. The Parties agree that experts shall provide written reports no later than ninety (90) days prior to trial pursuant to Fed. R. Civ. P. 26(a)(2)(D)(i). The Parties agree that expert depositions may be taken within thirty (30) days of receipt of the written report or such other time agreed-upon by the parties.

## JOINT PRETRIAL STATEMENT

The Joint Pretrial Statement shall be due May 20, 2016.

## FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference shall be held on May 27, 2016, at 10:00 AM.

## TRIAL

The jury trial will be scheduled to commence on June 27, 2016 at 9:00 AM.

## OTHER PROVISIONS

Unless otherwise modified by this stipulation, the Status (Pre-trial Scheduling)

Order entered by this Court on July 22, 2014, shall remain in full force and effect.

DATED this 6th day of August, 2015.

                                                SNELL & WILMER L.L.P.

/s/ Patrick H. Dwyer  
*Signed by BTW with permission of PHD*  
Patrick H. Dwyer  
*Attorney for Plaintiffs*

/s/ Ben T. Welch  
Michael Reynolds  
Ben T. Welch  
*Attorneys for Flagship Financial Group, LLC*

/s/ Devin Jones  
*Signed by BTW with permission of DJ*  
Devin Jones  
*Pro se*

## ORDER

IT IS SO ORDERED.

DATED: 8/7/2015

                                                /S/ JOHN A. MENDEZ  
JOHN A. MENDEZ  
United States District Court Judge