FILED
APR 4 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Diana McMenemy, an individual, And Michael McMenemy, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>Colonial First Lending Group, Inc., a Utah corporation; Colonial First Business Development, LLC, a Utah limited liability company, Devin Jones, an individual, Flagship Financial Group, LLC, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:14-CV-001482-JAM-AC<br><br>Honorable John A. Mendez<br><br>**ORDER GRANTING FLAGSHIP'S MOTION FOR SUMMARY JUDGMENT AND DENYING FLAGSHIP'S MOTION TO STRIKE AND PLAINTIFFS' MOTION TO AMEND** |

This matter came before the Court on three motions: Flagship's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment; Plaintiffs' Motion to Amend the Amended Complaint; and Flagship's Motion to Strike. A hearing was held before District Judge John A. Mendez on March 22, 2016. For the reasons stated by the Court at the hearing, the Court grants summary judgment in favor of Flagship on all causes of action. Further, for the reasons stated

by the Court at the hearing, the Court denies Plaintiffs' Motion to Amend as well as Flagship's Motion to Strike.

The pretrial and trial dates for Flagship are ordered vacated.

The transcript of the hearing held on March 22, 2016, is attached hereto and incorporated by reference.

DATE: April 1, 2016

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

Approved as to form:

(Signature on PDF filed with Court)
Patrick Dwyer
Attorney for Plaintiffs