UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McMenemy, et al.,<br><br>          Plaintiff,<br><br>     v.<br><br>Colonial First Lending Group, Inc. et al.,<br><br>          Defendant. | Case No. 2:14-cv-1482-JAM-AC<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $432,005.00 against defendant:

Colonial First Lending Group, Inc.

August 17, 2016                                                                 MARIANNE MATHERLY, CLERK

                                                                                           By: /s/ K. Zignago, Deputy Clerk